UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CENTENO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JV ORTA'S RENT-A-FENCE, et al.,<br><br>        Defendants. | Case No. 15-cv-04995-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 11)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 14, 2016.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ................................................................................. August 1, 2016

Deadline to Exchange Expert Reports .......................................................... August 15, 2016

Expert Discovery Cut-Off ..........................................................................September 1, 2016

Dispositive Motions Filing Deadline .......................................................September 15, 2016

Dispositive Motions Hearing ..................................................October 25, 2016 at 10:00 AM

---

[1] *See* Docket No. 11.

Case No. 15-cv-04995-PSG
CASE SCHEDULING ORDER

1

Pre-Trial Conference ............................................................. December 13, 2016 at 10:00 AM

Bench Trial ................................................................................ January 9, 2017 at 9:30 AM

**SO ORDERED.**

Dated: February 9, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 15-cv-04995-PSG
CASE SCHEDULING ORDER