UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CENTENO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JV ORTA'S RENT-A-FENCE, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04995-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　　This case has been reassigned to the Honorable Maria-Elena James for all further proceedings.  Counsel are hereby instructed that all future filings shall bear the new initials **MEJ** immediately after the case number.  All matters presently scheduled for hearing are vacated and should be renoticed for hearing before the judge to whom the case has been reassigned.  Briefing schedules deadlines remain unchanged.

　　　　**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on July 28, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

　　　　**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is

1  required.

2  **IT IS SO ORDERED.**

4  Dated: June 7, 2016

   _____
   MARIA-ELENA JAMES
   United States Magistrate Judge