TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel:  (408) 317-1100
Fax:  (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
Michael Centeno; Austin Tobia; Sergio Cervantez, Jr.; and Emanuel Luis Fregoso

ROGER M. MASON, ESQ. (107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032
Telephone:  (408) 356-3000
Facsimile:   (408) 354-8839

Attorneys for Defendants
JV ORTA'S RENT-A-FENCE: ORTA AND SONS FENCE COMPANY INC.; BETTY ORTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CENTENO; AUSTIN TOBIA; SERGIO CERVANTEZ, JR.; AND EMANUEL LUIS FREGOSO.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JV ORTA'S RENT-A-FENCE: ORTA AND SONS FENCE COMPANY INC.; BETTY ORTA; CARLOR TORRESDAY ORTA,<br><br>　　　　　Defendants. | **Case Number:** 5:15-cv-04995-MAJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE COURT TO RETAIN LIMITED JURISDICTION TO ENFORCE SETTLEMENT MECHANISM**<br><br>HON. Maria-Elena James |

Page **1** of **3**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

PLAINTIFFS MICHAEL CENTENO; AUSTIN TOBIA; SERGIO CERVANTEZ, JR.; AND EMANUEL LUIS FREGOSO AND DEFENDANTS JV ORTA'S RENT-A-FENCE: ORTA AND SONS FENCE COMPANY INC.; BETTY ORTA hereby stipulate and agree as follows:

WHEREAS the parties settled this matter.

WHEREAS the settlement calls for a Dismissal with Prejudice of the Complaint in this matter and a general release of all claims by Plaintiffs.

WHEREAS the settlement calls for the Court to dismiss the matter with prejudice.

WHEREAS the settlement calls for funds to be paid over time until October 15, 2019.

WHERAS the parties desire that Court dismiss the matter with prejudice but retain jurisdiction to enforce the payment provisions in the settlement agreement only through November 1, 2019.

IT IS SO STIPULATED

Dated:   March 9, 2017         //s// Tomas E. Margain
                               TOMAS MARGAIN
                               COUNSEL FOR PLAINTIFFS MICHAEL
                               CENTENO; AUSTIN TOBIA; SERGIO
                               CERVANTEZ, JR.; AND EMANUEL LUIS
                               FREGOSO

Dated:  March 9, 2017

By:   ____//s// _Roger Mason_____
      ROGER M. MASON,
      KURT E. WILSON
      **SWEENEY, MASON, WILSON & BOSOMWORTH**
      Counsel for Defendants JV ORTA'S RENT-A-FENCE: ORTA AND SONS FENCE COMPANY INC.; BETTY ORTA

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**ORDER**

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefore, that the above entitled action is hereby dismissed with prejudice. Each side shall bear its own costs and fees.

The Clerk is instructed to vacate all dates and close the file.

The Court retains jurisdiction to enforce the payment terms of the agreement so long as a motion is filed on or before November 1, 2019.

IT IS SO ORDERED.

Dated: March 9, 2017

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE